■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH GRAVES, Appellant. [636 NYS2d 711] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, McCarthy, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JALIL LYNCH, Appellant. [636 NYS2d 711] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.